**Office of the Standing Chapter 13 Trustee**
**Eastern District of New York**
**Krista M. Preuss**
**100 Jericho Quadrangle, Suite 127**
**Jericho, NY 11753**
**(516)622-1340 Telephone**
**info@ch13edny.com Email**

October 16, 2025

Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:     1:25-CV-00240-EK – Modikhan v. DeRosa, et al

Dear Judge Komitee:

The undersigned is a staff attorney for Krista M. Preuss, Chapter 13 Trustee ("Preuss"), Successor Chapter 13 Trustee to Marianne DeRosa ("DeRosa"), Appellee in the above-captioned bankruptcy appeal. This letter is submitted in opposition to the submission by Ashmeen Modikhan ("Appellant") seeking a Certificate of Default against DeRosa.  It is respectfully proffered that (1) DeRosa, and Successor Preuss are not proper parties to the instant appeal; and (2) DeRosa, and Successor Preuss, were not properly served in this action and only became aware of this proceeding on October 14, 2025.

According to the Notice of Appeal (Docket No. 444), filed in the underlying bankruptcy case (19-46591), the appeal herein stems from an Order entered on December 31, 2024 (Docket No. 438) in the bankruptcy case.  On March 1, 2021, over three years prior to the entry of this Order, a Notice of Voluntary Conversion from Chapter 13 to Chapter 7 was filed by the Appellant/Debtor and Trustee DeRosa was removed from the case (Docket No. 106).  Chapter 7 Trustee Alan Nisselson was then added to the case on March 2, 2021.  Thus, removing DeRosa's involvement in the underlying bankruptcy.  It should be noted that DeRosa thereafter retired, and Trustee Preuss was appointed in her place on October 1, 2021. Appellant's submission in the appeal makes no reference to DeRosa or the Chapter 13 proceeding.  As such, DeRosa should be removed from this action.

Further, on October 14, 2025, Trustee Preuss first became aware of this appeal when the Appellant's Request for Certificate of Default was received via the United States Postal Service.  A search of the records of the Trustee's office reveals that there is no record of receipt of any prior submissions. Certainly, responses would have been filed and the Trustee apologizes to the Court for this late submission.

1

Wherefore, Trustee DeRosa, and via substitution, Trustee Preuss, respectfully request that they be removed from this case and any late filing be excused.

Very truly yours,

/s/ Brian P. Schechter
Brian P. Schechter, Esq.
Staff Attorney for Krista M. Preuss, Chapter 13 Trustee
Tel: 516-622-1340
Email: bschechter@ch13edny.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ASHMEEN MODIKHAN,

      Appellant

V.

MARIANEE DEROSA, TRUSTEE and
ALAN NISSELSON, TRUSTEE

Appellee.

                      Hon. Eric R. Komitee
                      Case # 25-cv-00240-EK

                      CERTIFICATE OF SERVICE

-------------------------------------------------------------X

        This is to certify that I, Brian P. Schechter, declare under penalty of perjury that I have sent the attached documents to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

Ashmeen Modikhan
94-22 Magnolia Court, Unit 1B
Ozone Park, New York 11417

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf
156 West 56th Street
New York, New York 10019

This October 16, 2025
s/ Brian P. Schechter
Brian P. Schechter, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
100 Jericho Quadrangle, Ste. 127
Jericho, NY 11753
(516) 622-1340

3