UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
CUSTODIAN DUTIES OF UNITED STATES
AGENCY / AGENTS, 28 USC § 3002 THE DEBTORS

---

Ashmeen-: Modikhan et. alt: ASHMEEN MODIKHAN, Sui Jursi,
a Civilian Non-Combatent.

Appellant,

CASE NO.: 1:25-CV-00240-EK

V.

MARIANNE DEROSA, as former Chapter 13 TRUSTEE and
ALAN NISSELSON, as current Chapter 7 Trustee

AFFIDAVIT OF FACT
CONST. RIGHTS VIOLATION
TREATY VIOLATION,
OATH OF OFFICE VIOLATION &
OPPOSITION TO VICATE JUDGE...
ORDER & JUDGMENT - ...
DEMAND REPOSIT... ...Y

Appellee(s),

X

*** Filed ***
01:37 PM, 23 Dec, 2025
U.S.D.C., Eastern District of New York

---

### AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT
#### (Pursuant to CPLR §§ 3215, 2103(e), and 2219(a)
#### 15 USC § 1692(e) FALSE MISREPRESENTATION

I Declare under Penalty of Perjury that the laws of the united state of America that the foregoing is true and correct,. That: I Declare under Oath, under Pains and Penalty of Perjury in front of the under line Authority that has Authority to Administer Oath. I, a woman, Affiant, being over the age of eighteen (18) years, competent to handle my affairs does state for the public record the following: I am a civilian before this court by Special Appearance without waiving any rights remedy defense Statutory or procedural, state I am of sound mind., I Reserve my Rights at all times.

BEFORE ME, personally appeared Ashmeen, house of Modikhan, a woman who being first duly put under affirmation and identified in accordance with law, deposes and says; I am before this 28 USC Sec 3002 US Corp. by Special Appearance  without waiving any rights remedy defense Statutory or procedural, I Declare under Penalty of Perjury that the laws of the  united state of America that the foregoing is true and correct,. That:

Dear: UNITED STATES TRUSTEES THE DEBTOR, 28 USC § 3002 meaning the United States is a Federal Corporation the Debtor, any private attorney authorized by contract made in accordance with section 3718 of title 31 to conduct litigation  for collection of debts on behalf of the United States.

**Note:** An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness with firsthand knowledge. (Trinsey v. Pagliaro) "Statements of counsel in brief or in argument are not sufficient facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment. D.C. Pa. 1964,229 F.Supp. 647.

**(Pursuant to CPLR §§ 3215, 2103(e), and 2219(a). 15 USC § 1692(e) MISREPRESENTATION.** Civil Procedure 55(a). UCC §§ 3-302, 3-305, 3-306) In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein. Pursuant to Uniform Commercial Code 3-302 holders in due course, 3-305 Defenses and Claims in Recoupment and 3-306 Claims to Instruments of proprietary interest the demandant has rights and privileges she is entitled to Section 3-302. Holder in Due Course. This failure obstructs my ability to seek timely relief and violates due process protections under the 5th and 14th Amendments. **18 U.S.C 241 Conspiracy Against rights If two or more persons conspire to injure, or to do unlawful acts denied of my rights.**

<em>NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO  PRINCIPAL,<br>UCC §§ 1-202, 2-206 & 2-207.</em>

1. I am the Appellant in the above-captioned action and submit this affidavit in support of a request for the entry of Default Judgment against the Appellees and to highlight procedural and constitutional failures that have significantly prejudiced my case.

2. This claim seeks monetary damages including special, compensatory, and punitive damages for personal and emotional injuries I sustained due to the intentional, reckless, and/or negligent conduct of agents, servants, and employees of the City of New York ("EASTERN DISTRICT"), as well as the U.S. BANKRUPTCY COURT, including:

- Judge Jil Mazer-Marino - Judge Elizabeth Stong

These actions involved violations of rights guaranteed under:

- The U.S. Constitution and New York State Constitution Administrative Code §§ 8-802 and 803 et seq. - Title 15 U.S.C. § 1692c(4) (Misrepresentation) and §1692f(6) (Unlawful repossession) - UCC §§ 3-302, 3-305, 3-306, Common law claims of false prosecution, unreasonable seizure, outrageous conduct, intentional and negligent infliction of emotional distress, and deprivation of due process.

3. On, CPLR 5511 defines who can be a permissible appellant in a New York appeal, stating that only an "aggrieved party" or their substitute can appeal from a judgment or order, excluding those entered upon their own default. An "aggrieved party" is generally a party whose request was denied or a request was granted against them, and this status is determined by case law.

4. As of This failure violation of CPLR §§ 5511 A due process violation under the 4th, 5th, 6th and 14th Amendments Judicial inaction that obstructs the fair and orderly progress of litigation.

5. The Appellee have failed to respond adequately, and default judgment is now appropriate.

6. I respectfully request: The Court take judicial notice of the record, Issue the overdue decision, or Enter a Default Judgment in favor of the Appellant.

Appellee(s): Chapter 7 Trustee Alan Nisselson and Chapter 13 Trustee Marinaane DeRosa

I, Ashmeen-: Modikhan, the lawful party in interest in the matter involving Case # *1:25-CV-00240-EK* and I have firsthand knowledge of the facts herein.

2. On or about **December 31, 2024**, an order issued by Bankruptcy Judge Jil Mazer-Mariono.

3.. Therefore, **this constitutes a failure of duty**, a breach of procedural and substantive due process rights, and potentially unlawful conduct under:

o **Title 42 U.S.C. § 1983** – Deprivation of Rights Under Color of Law
o **Title 18 U.S.C. § 1028A & 1344** – Aggravated identity theft / Bank Fraud
o **Title 18 U.S.C. § 241 & 242** – Conspiracy Against Rights and Deprivation of Rights
o **Title 15 U.S.C. § 1692f(6)** – Illegal taking of property without legal authority

4.. Let this affidavit serve as **written notice** that said party **failed to act in accordance with the law**, and **with the date on this Affidavit of Truth in writing**, I will move forward with **actual legal action against the responsible party in a court of law**, including but not limited to:

o Filing a **civil lawsuit** in state or federal court,
o Filing a **commercial lien**,
o Filing a complaint for violations of federal statutes, including fraud and unlawful repossession.

*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL,*
*UCC §§ 1-202, 2-206 & 2-207.*

7. This notice provides lawful opportunity for the offending party to cure or respond within **ten (10) days** of receipt of this affidavit. Failure to do so will result in immediate enforcement through lawful means.

Executed this _23rd_ day of _DECEMBER_, 2025

[Signature of Affiant].

NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL,
UCC §§ 1-202, 2-206 & 2-207.

## AFFIDAVIT OF SERVICE

I CERTIFY, under penalties of perjury (28 USC § 1746(1) that the foregoing was provided to  and by regular US Mail, Certified Mail and Certificate of Mailing to the below agency and agents.

Office of the Chapter 13 Trustee
Eastern District of New York
Krista M. Preuss
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753
Email: info@ch13edny.com

Brian P. Schechter
Staff Attorney for Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753
Email: bschechter@ch13edny.com

Edmond Troya
Counsel for Alan Nisselson
Windels Marx Lane & Mittendorf LLP
156 W 56th Street
New York, NY 10019
Email: etroya@windelsmarx.com

By: _____ UCC1-308/207. Creditor: ©Modikhan-: Ashmeen POA
for Ashmeen Modikhan,™ Living Woman a Creditor's Signature = Autograph Common Copyright Without apprentice.

Sworn to and subscribed before Me this _23_ day of
_December_ 2025.
_____
Notary Public / Commission Expires: 12/30/27

MINJIE HUANG
Notary Public - State of New York
NO. 01HU5102162
Qualified in Queens County
My Commission Expires Dec 30, 2027

*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO  PRINCIPAL,*
*UCC §§ 1-202, 2-206 & 2-207.*