UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
CUSTODIAN DUTIES OF UNITED STATES
AGENCY / AGENTS, 28 USC § 3002 THE DEBTORS

_____

Ashmeen-: Modikhan et. alt: ASHMEEN MODIKHAN, Sui Jursi,
a Civilian Non-Combatant.

                                        Appellant,

                                                            **CASE NO.:** *1:25-CV-00240-EK*

                    V.

MARIANNE DEROSA, as former Chapter 13 TRUSTEE and        AFFIDAVIT OF SERVICE

ALAN NISSELSON, as current Chapter 7 Trustee
                                        Appellee(s),
_____X

*AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT.*
*(Pursuant to CPLR §§ 3215, 2103(e), and 2219(a).*
*15 USC § 1692(e) FALSE MISREPRESENTATION.*

    I, Clotilde Sawadogo, am over the age of 18 years old not a party to the above action. That on 24ᵗʰ December, 2025, I served a true and correct copy of Affidavit in Support of Default Judgment via First Class US Mail, Certified Mail and Certificate of Mailing to the below agency and agents.

Office of the Chapter 13 Trustee
Eastern District of New York
Krista M. Preuss
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753
Email: info@ch13edny.com

Brian P. Schechter
Staff Attorney for Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangles, Suite 127
Jericho, NY 11753
Email: bschechter@ch13edny.com

Edmond Troya
Counsel for Alan Nisselson
Windels Marx Lane & Mittendorf LLP
156 W 56th Street
New York, NY 10019
Email: etroya@windelsmarx.com

*** Filed ***
05:13 PM, 02 Jan, 2026
U.S.D.C., Eastern District of New York

1

Respectfully,

_____

Sworn to and subscribed before me

this 2nd day of January 2026

_____
Notary Public / Commission Expires: _____.

VIRA L. JONES
NOTARY PUBLIC, State of New York:
No. 01JC6163732
Qualified in Kings County
Commission Expires April 2, 2027

2